FILED

2020 JAN 15 PM 3: 47

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE # 1:19-CV-754-RP |
| § | |
| BRANDI K STOKES, § | |
| § | |
| Defendant. § | |

### AFFIDAVIT OF BRANDI K STOKES
### IN SUPPORT OF THE DISQUALIFICATION OF
### MAGISTRATE JUDGE MARK LANE

State of Texas                             §
County of Travis                           §

BEFORE ME, the undersigned authority, personally appeared Brandi K Stokes, who being duly sworn, deposed as follows:

"My name is Brandi K Stokes. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.

"All factual allegations within my personal knowledge and stated within the Motion to Disqualify Magistrate Judge Mark Lane and the Objections to Report and Recommendation of Magistrate Judge Mark Lane and Request for De Novo Review after the Appointment of Competent Counsel filed in Case No. 1:19-CV-754-RP in the Western District of Texas by me are true and correct and are hereby incorporated by reference. Further, all legal arguments and opinions stated therein have been made in good faith, and the Motion to Disqualify Magistrate Judge Mark Lane was brought within 10 days of discovering the disqualification.

"All documents attached to and filed with the Motion to Disqualify Magistrate Judge Mark Lane and the Objections to Report and Recommendation of Magistrate Judge Mark Lane

and Request for De Novo Review after the Appointment of Competent Counsel filed in Case No. 1:19-CV-754-RP in the Western District of Texas by me are true and correct copies of documents currently within my possession, custody, or control.

"Should it become necessary to transfer this case outside of the jurisdiction of the United States for any reason, the case should be transferred to a NATO member state not otherwise disqualified. Currently, Great Britain and France have conflicts of interest.

"Should it become necessary to transfer this case outside of the jurisdiction of both the United States and NATO for any reason, my preference is for the case to be transferred to China. While it is true that China has committed grave breaches of the Geneva Conventions, I do not believe that mens rea for malicious intent can be established and further do believe that China would be the safest jurisdiction outside of NATO for myself and my child to reside.

"The International Criminal Court has not dropped my Request for Prosecution, and I have made it very clear that it is my utmost desire to press charges to the fullest extent of the law up to and including death penalty charges. Some people in the Travis County community are already eligible for death penalty charges in connection with the deaths of Yariv and Lielle Kaplan. Because the stakes are so high, the conflicts of interest in the case are likely to be extraordinarily complex and the effort to discredit or intimidate me is not likely to stop.

"Further Affiant Sayeth Not.

_Brandi K Stokes_
Brandi K Stokes, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** by Brandi K Stokes on January 15, 2020.

_Gairry Stewart_
Notary Public, State of Texas

State of Texas
County of Travis
This Instrument was acknowledged before me on 1/15/2020
By Brandi Stokes
NOTARY Gairry Stewart

GAIRRY KEITH STEWART
Notary ID #132253924
My Commission Expires
November 15, 2023

2

## CERTIFICATE OF SERVICE

I certify that on January 15, 2020, a true and correct copy of this AFFIDAVIT OF BRANDI K STOKES IN SUPPORT OF THE DISQUALIFICATION OF MAGISTRATE JUDGE MARK LANE was served on counsel for the Plaintiff via CMRRR.

*Brandi Stokes*

Brandi K Stokes