FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2020 JAN 27  AM 9: 34

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE # 1:19-CV-754-RP |
| | § | |
| BRANDI K STOKES, | § | |
| | § | |
| Defendant. | § | |

**THIRD SUPPLEMENTAL PLEADING TO   MOTION TO APPOINT COUNSEL**

**NOW COMES** Defendant, Brandi K Stokes, and files this SUPPLEMENTAL
PLEADING TO MOTION TO APPOINT COUNSEL, and shows the Court the following:

In the aftermath of the terrorist attack at Naval Air Station Pensacola by a second
lieutenant in the Royal Saudi Air Force, Defendant has observed a media campaign targeted
at former President Barack Obama and that such campaign is advancing or reigniting
allegations that Mr. Obama has committed war crimes and should be brought to justice. The
discussion regarding Mr. Obama's alleged war crimes is relevant to the Defendant's Motion
to Appoint Counsel, because of the potential for a conflict of interest problem. Defendant,
therefore, offers the following information to aid this Court in the appointment of competent
counsel:

1.      The Defendant believes that there is no way that mens rea for a war crime could be
established against former President Barack Obama, predominantly because his
presidency was under distress and he was being misled in a manner that would negate
mens rea for a war crime.

2.      In any event, the Defendant's Request for Prosecution pending before the

1

International Criminal Court does NOT confer jurisdiction to the International Criminal Court for any of the war crimes alleged to have been committed by former President Barack Obama.

3.  Should it become necessary, the Defendant further believes that, at a minimum, the Immune Family Member class, as defined in the Class Action Complaint filed by the Defendant whereby Defendant is seeking Geneva Conventions protection for herself and her family members, could be expanded to include former President Barack Obama. *In re Brandi K Stokes*, No. 1-19-CV-1021-RP, Dkt. 1, (W.D. Tex. Oct. 18, 2019). Information regarding the connections between the Obama family and the Defendant's family was publicly available for the duration of the Obama presidency.[1] It is very likely that he was targeted to be the scapegoat for what appears to be a well-orchestrated take-over of the executive branch of our government.

4.  The interests of the Defendant, her family members, and the Obama family are aligned, and as such, there are no conflicts of interest with law firms or attorneys that represent or have represented members of the Obama family.

DATED: January 27, 2020

Brandi K Stokes, Defendant
Texas State Bar No. 24044940
BRANDI STOKES, Esq.
brandi.stokes@gmail.com
P.O. Box 301916
AUSTIN, TX 78703
+1 512 206 0202

---

[1] The Defendant's sister-in-law is a Dunham.

2

## CERTIFICATE OF SERVICE

I certify that on January 27, 2020, a true and correct copy of this **THIRD SUPPLEMENTAL PLEADING TO MOTION TO APPOINT COUNSEL** was served on counsel for the Plaintiff through the electronic filing manager.

_____

Brandi K Stokes

3